AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

CANON MEDICAL SYSTEMS USA, INC.　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　　)
PARKHILL IMAGING, LLC D/B/A　　　　　　)
PARKHILL IMAGING ADDISON;　　　　　　　)　　Civil Action No.:
PARKHILL IMAGING CLEARFORK,　　　　　　)　　2:24-cv-01791-JMA-ARL
LLC, MICHAEL J. BIAVATI, ANTHONY　　　 )
RIELA, GLEN R. WYANT, STAN DAVIS　　　 )
a/k/a STANLEY L. DAVIS; JOHN AND JANE  )
DOES 1-12, and XYZ COMPANIES 1-5　　　 )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　　 )

### SUMMONS IN A CIVIL ACTION

To:　　Parkhill Imaging, LLC d/b/a Parkhill Imaging Addison, 17051 Dallas Pkwy, Addison, TX 75001
　　　Parkhill Imaging Clearfork, LLC, 5668 Edwards Ranch Rd., #100, Ft. Worth, TX 76109
　　　Michael J. Biavati, 13230 Cedar Lane, Farmers Branch, Texas 75234
　　　Anthony Riela, 9505 Freeport Drive, Denton, TX 76207
　　　Glen R. Wyant, 4600 Ross Ave #280, Dallas, TX 75204
　　　Stanley L. Davis, 2145 Portofino Drive, Rockwall, TX 75032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　　　CODISPOTI & ASSOCIATES, P.C.
　　　　　　　　　Bruno F. Codispoti, Esquire
　　　　　　　　　81 Court Street, 5th Floor
　　　　　　　　　Brooklyn, NY 11201
　　　　　　　　　212-962-6525

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 3/13/2024

BRENNA B. MAHONEY
*CLERK OF COURT*

*Alison Fortunato*
*Signature of Clerk of Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)
Civil Action No. 2:24-cv-01791-JMA-ARL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
_____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* \_\_\_\_\_
_____ on *(date)*
_____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                                                                  *Server's signature*

                                                                        _____
                                                                                  *Printed name and title*

                                                                        _____
                                                                                  *Server's address*

Additional information regarding attempted service, etc: